AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NASH N. TUTEN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-092

SHERIFF JOHN WILCHER, and DEPUTY POPE,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated July 28, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Tuten's 28 U.S.C. § 2241 Petition is dismissed. Further, the Court discerns no COA-worthy issues at this stage of the ligation, so no COA should issue, and in forma pauperis status on appeal is likewise denied. This case stands closed.

Approved by: *[signature]*

7/29/2022
Date

John E. Triplett, Clerk of Court
Clerk

*[signature: Jamie Aabalza]*

(By) Deputy Clerk

GAS Rev 10/2020